Hon. Tiffany M. Cartwright

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| SHAIRELL HOLMES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KITSAP CREDIT UNION, MERCHANTS CREDIT CORPORATION and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 3:24-cv-05366-TMC<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND ORDER**<br><br>Note on Motion Calendar: July 12, 2024 |

**STIPULATED MOTION**

Defendant Equifax Information Services, LLC ("Equifax") and plaintiff Shairell Holmes move the Court for an Order extending the deadline for Equifax to answer, plead, or otherwise respond to plaintiff's Complaint, up to and including August 14, 2024.

1. Plaintiff filed this Complaint on May 14, 2024.
2. Equifax was served with the Complaint on May 16, 2024.
3. Equifax's time to respond to the Complaint is currently July 15, 2024.
4. Equifax requests additional time to file its responsive pleading through and including August 14, 2024, so that the parties may engage in settlement negotiations.
5. Plaintiff consents to this motion.
6. The request is made in good faith and not for the purpose of delay.

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING TO COMPLAINT, AND ORDER - 1
Case No. 3:24-cv-05366-TMC

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

7. Equifax respectfully submits that the foregoing circumstances constitute good cause and warrant granting the extension requested.

Wherefore, both parties respectfully request that this Court grant defendant Equifax an extension of time up to and including August 14, 2024, within which to serve its responses to the Complaint.

I certify that this memorandum contains 563 words, in compliance with Local Civil Rule 7(e)(1).

DATED: July 12, 2024.   MARKOWITZ HERBOLD PC

*s/ Jeffrey M. Edelson*
Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
*Attorneys for Defendant Equifax Information Services, LLC*

SANDERS LAW GROUP

*s/ Craig B. Sanders*
Craig B. Sanders, WSBA #46986
csanders@sanderslaw.group
*Attorney for Plaintiff Shairell Holmes*

**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND ORDER - 2**
**Case No. 3:24-cv-05366-TMC**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

**ORDER**

Based upon the foregoing Stipulated Motion for Extension of Time to Answer or Otherwise Plead, the Court hereby ORDERS AND ADJUDGES as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. Defendant Equifax Information Services, LLC shall answer or otherwise respond to the Complaint by August 14, 2024.

DATED: _____July 15_____, 2024.

_____
Tiffany M. Cartwright
United States District Judge

Presented by:

*s/ Jeffrey M. Edelson*
Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com
Attorney for Defendant Equifax Information Services, LLC

**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND ORDER - 3**
**Case No. 3:24-cv-05366-TMC**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085